**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| v. | NO. 1:12-cr-10015-WGY |
| **GREGG D. CAPLITZ** | |

## THIRD JOINT MOTION TO CONTINUE SENTENCING

Now come the parties in the above-entitled matter and respectfully request that Mr. Caplitz's sentencing hearing, currently scheduled for February 5, 2015, be continued until after the trial of the co-defendant, Rosalind Herman. As grounds therefore, the parties state that Ms. Herman has recently retained new counsel, and her trial is now scheduled to begin April 27, 2015. As has already been made known, Mr. Caplitz intends to testify as a government witness in the co-defendant's trial. Wherefor, the parties jointly request that Mr. Caplitz's sentencing hearing be continued until after the co-defendant's trial.

GREGG CAPLITZ
By And Through His Attorney,
*/s/ Jane Peachy*
Jane Peachy, B.B.O. #661394
Federal Defender Office
51 Sleeper Street, 5th Floor
Boston, MA  02210
Tel: 617-223-8061

CARMEN M. ORTIZ
UNITED STATES ATTORNEY
By: */s/ Sara M. Bloom*
SARA M. BLOOM
Assistant U.S. Attorney
U.S. Attorney's Office
One Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3265

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on December 10, 2014.

        */s/ Jane Peachy*
        Jane Peachy